BABAK TERMECHI, SBN 318361
CARIA CASTRO RIVAS, SBN 323496
TERMECHI EMPLOYMENT LAW GROUP
5900 Canoga Ave., Suite 380
Woodland Hills, CA 91367
Telephone: (323) 596-7265
Email:     bobby@termechilaw.com
            crivas@termechilaw.com

*Attorneys for Plaintiff*
JUAN FLORES

MARGARET ROSENTHAL, SBN 147501
SABRINA L. SHADI, SBN 205405
JOSEPH S. PERSOFF, SBN 307986
**BAKER & HOSTETLER LLP**
11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA 90025-0509
Telephone: 310.820.8800
Facsimile: 310.820.8859
Email:     mrosenthal@bakerlaw.com
            sshadi@bakerlaw.com
            jpersoff@bakerlaw.com

*Attorneys for Defendant*
ARDAGH GLASS, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN FLORES, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>ARDAGH GLASS, INC., a California corporation; and DOES 1 through 100, inclusive,<br><br>    Defendant. | Case No.: 1:21-cv-00591-AWI-SAB<br><br>*[Hon. Stanley A. Boone, Ctrm. 9]*<br><br>**STIPULATION AND [PROPOSED] ORDER TO REMAND MATTER AND TO EXTEND TIME TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>Date Action Filed:    March 4, 2021<br>Date Action Removed: April 8, 2021 |

    IT IS HEREBY STIPULATED AND AGREED, by and between JUAN FLORES ("Plaintiff"), ARDAGH GLASS, INC. ("Defendant"), as follows:

    On March 4, 2021, Plaintiff filed this action in the Superior Court of California, County of Madera.

1   On March 10, 2021, Plaintiff served Defendant with a copy of the Summons and Complaint.

On April 8, 2021, Defendant filed its Answer to Plaintiff's Complaint in the Superior Court, County of Madera. Defendant also removed this action to this Court.

On April 14, 2021, Plaintiff filed and served Defendant with his First Amended Complaint, adding four individuals as named defendants: Manuel Perez, Paul Guillen, Brian Benoit, and Rich Hummer. Plaintiff has not yet served any of the individual defendants with the First Amended Complaint.

Pursuant to Federal Rules of Civil Procedure, Rule 15(a)(3), Defendant's response to the First Amended Complaint is currently due on April 28, 2021.

The parties have engaged in discussions concerning the remand. The Parties dispute whether the individuals have been fraudulently joined. Plaintiff agrees to dismiss, without prejudice, the individual defendants Manuel Perez, Brian Benoit, and Rich Hummer following remand of the matter to superior court. In return, Defendant Ardagh Glass, Inc. and Defendant Paul Guillen agree that they will not attempt removal of this matter back to any federal court, at any time.

///
///
///

Based on the foregoing facts above and the Parties' agreement, it is hereby stipulated that this matter be remanded to state court. Following remand to the superior court, Plaintiff will dismiss, without prejudice, the individual defendants Manuel Perez, Brian Benoit, and Rich Hummer. Following remand to the superior court, Defendant Ardagh Glass, Inc. and Defendant Paul Guillen will not attempt removal of this matter back to any federal court, at any time. Furthermore, the Parties agree that, in light of the remand, Defendant may have the later of three weeks from the date of the remand or May 19, 2021 to respond to Plaintiff's First Amended Complaint to allow for compliance with local rules in scheduling a motion.

**IT IS STIPULATED.**

Dated: April 27, 2021　　　　　　**TERMECHI EMPLOYMENT LAW GROUP**

By: */s/ Babak Termechi*
　　Babak Termechi
　　Caria Castro Rivas

*Attorneys for Plaintiff*
JUAN FLORES

Dated: April 27, 2021　　　　　　**BAKER & HOSTETLER LLP**

By: */s/ Joseph S. Persoff*
　　Margaret Rosenthal
　　Sabrina L. Shadi
　　Joseph S. Persoff

*Attorneys for Defendant*
ARDAGH GLASS, INC.

## ATTESTATION

I, Joseph S. Persoff, attest that all other signatures listed, and on whose behalf the filing is submitted, concur in the filing's contents and have authorized the filing.

*/s/ Joseph S. Persoff*
Joseph S. Persoff

IT IS SO ORDERED.

Dated: April 29, 2021

SENIOR DISTRICT JUDGE